NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE PHAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOE 1 (STORE MANAGER) and DOES 2 TO 50, inclusive,<br><br>　　　　　Defendants. | Case No. 8:24-cv-02338-FWS-DFM<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (A)(1)(A)(II) [13]** |

Having reviewed and considered the Joint Stipulation for Dismissal Pursuant to Fed. R. Civ. P. (a)(1)(A)(ii) [13] ("Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

(1) The above-captioned case **DISMISSED WITH PREJUDICE**, in its entirety; and

(2) Each party shall bear their own attorneys' fees and costs incurred.

Dated: January 9, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-1-